**RECEIVED**

JAN 1 8 2011

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| JERRY JAMES | CIVIL ACTION NO. 09-0297 |
| VERSUS | JUDGE DOHERTY |
| MICHAEL J. ASTRUE, COMMISSIONER SOCIAL SECURITY ADMINISTRATION | MAGISTRATE JUDGE HILL |

## ORDER AND JUDGMENT

For the reasons stated in the Memorandum Ruling dated January 18, 2011,

IT IS ORDERED that the findings and recommendation of the magistrate judge are AFFIRMED. Therefore, the decision of the Commissioner is AFFIRMED and the application of the claimant for benefits is DENIED, this Court having determined the claimant is not disabled. All claims alleged in this matter are DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED in Chambers, Lafayette, Louisiana, this 18 day of January, 2011.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE